En el Tribunal Supremo de Puerto Rico

| Integración de Salas de Verano | Resolución |
| --- | --- |
| | 99 TSPR 95 |

Número del Caso: ES-1999-1

Fecha: 6/18/1999

Este documento constituye un documento oficial
del Tribunal Supremo que está sujeto a los
cambios y correciones del proceso de compilación
y publicación oficial de las decisiones del
Tribunal. Su distribución electrónica se hace
como un servicio público a la comunidad.

INTEGRACIÓN DE SALAS
DE VERANO

RESOLUCIÓN

San Juan, Puerto Rico a 18 de junio de 1999

De conformidad con lo dispuesto en la Regla 4(d) del Reglamento de este Tribunal, se constituyen las siguientes Salas Especiales de Despacho para funcionar durante el receso:

<u>Del lro. de julio al 15 de agosto de 1998</u>

Hon. Francisco Rebollo López, Presidente
Hon. Miriam Naveira de Rodón
Hon. Jaime B. Fuster Berlingeri

El Juez Asociado señor Hernández Denton sustituirá a la Jueza Asociada señora Naveira de Rodón del 21 de julio de 1999 al 5 de agosto de 1999.

El Juez Asociado señor Corrada del Río sustituirá a la Jueza Asociada señora Naveira de Rodón del 6 al 10 de agosto de 1999.

<u>Del 16 de agosto al 30 de septiembre de 1998</u>

Hon. Antonio S. Negrón García, Presidente
Hon. Federico Hernández Denton
Hon. Baltasar Corrada del Río

La Jueza Asociada señora Naveira de Rodón sustituirá al Juez Asociado señor Hernández Denton a partir del 30 de agosto de 1999 hasta el 19 de septiembre de 1999.

El Juez Presidente, señor Andréu García sustituirá al Juez Asociado señor Hernández Denton del 20 al 30 de septiembre de 1999.

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que no puedan intervenir en algún asunto ante su consideración, y asimismo para convocar al Pleno del Tribunal cuando fuere necesario.

El Tribunal continuará emitiendo y certificando opiniones y sentencias durante este período.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Isabel Llompart Zeno
Secretaria del Tribunal Supremo